Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Medford District of Oregon

Civil Division

Case No. __1:25-cv-01572-CL__
*(to be filled in by the Clerk's Office)*

Joyce Lynn Reime

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)*   ☒ Yes   ☐ No

Medford Police Department
MPD Officer Ethan Borrou

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joyce Lynn Reime |
| Address | 648 Palm Street |
| | Medford, Oregon 97501 |
| | *City / State / Zip Code* |
| County | Jackson |
| Telephone Number | (530) 906-0294 |
| E-Mail Address | joy.007joy@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Medford Police Department |
| Job or Title *(if known)* | Municiple Police Agency |
| Address | 219 S. Ivy Street |
| | Medford, OR 97501 |
| | *City / State / Zip Code* |
| County | Jackson |
| Telephone Number | (541) 770-4783 |
| E-Mail Address *(if known)* | www.medfordoregon.gov/Government/ Department/Police |

☐ Individual capacity  ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Ethan Borrou |
| Job or Title *(if known)* | Officer; Medford Police Department |
| Address | 219 S Ivy Street |
| | Medford, Oregon 97501 |
| | *City / State / Zip Code* |
| County | Jackson |
| Telephone Number | (541) 770-4783 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

   E-Mail Address *(if known)* _____

   ☐ Individual capacity   ☒ Official capacity

  Defendant No. 3
   Name _____
   Job or Title *(if known)* _____
   Address _____
         *City*   *State*   *Zip Code*
   County _____
   Telephone Number _____
   E-Mail Address *(if known)* _____

   ☐ Individual capacity   ☐ Official capacity

  Defendant No. 4
   Name _____
   Job or Title *(if known)* _____
   Address _____
         *City*   *State*   *Zip Code*
   County _____
   Telephone Number _____
   E-Mail Address *(if known)* _____

   ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

 A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

 B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  Title II Americans With Disability Act per Section 504 Rehabilitation Act of 1973

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

   While under the color of authority a Municiple Police Department (Def. 1) and one of it's sworn officers (Def. 2), violated the Plaintiff's civil rights.

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

   W 2nd St./ Summit Ave. Medford Oregon 97501

B.  What date and approximate time did the events giving rise to your claim(s) occur?

   08/07/2025  07:21:22

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

>Def.1 and Def. 2 have prior knowledge of Plaintiff's ADA Status.
>Plaintiff was assaulted by other individual. 911 dispathed Def. 2 and EMS to the scene. 911 advised Def.2 of Plaintiff's prior brain injury and listed Priority 1 response due to new head injuries. 911 also described Plaintiff as having severe CPTSD due to her face being crushed.
>Def. 2 contacted Plaintiff while seated on street curb due to vertigo. Def. 2 ignored Plaintiff's medical needs as described by 911. Def. 2 did not render first aid. Def. 2 did not consider Plaintiff's ADA status in regards to EMS response, 911's priority 1 response staus or his investigation of assault complaint. When EMS asked if the scene was clear for response, Def. 2 cancelled EMS depriving Plaintiff of medical assistance. Plaintiff determined Def. 2 was not going to provide assistance and walked off still experiencing vertigo. Def. 2 allowed Plaintiff to depart without providing EMS.
>The only other witnesses were 911 and an assisting MPD Officer.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

>Plaintiff was taken to the ER. Palpation of the head identified two separate knots to the back of the head and one at the back of the neck mid-C spine. Swelling and a large contusion of the left jaw. Bleeding to both sides of the mouth. Skin tear, abbrations and contusions to the right arm. Contusions and abrasions to the right hip and down the right leg. CatScan revealed no new broken bones or damage to hardware. Morphine, Zofran and Tetanus were aqdminitered. Oxycodone was precribed. Instructions were bed rest in a darkened room with no form a stimulation and if symptoms persist, return to ER or see family care provider.
>Plaintiff's caregiver confirmed predescribed injuries and diagnosed severe concussion. Provider referred Plaintiff to a Nuerology Specalist. Plaintif is still awaiting acceptance of her case. Plaintiff was seen by Provider's pain speciallist. Specialist confirmed concussion an referred Plaintiff to Physical Therapy for physical evaluation. First appointment pending.
>Plaintiff's current health status: Short term memory loss; Vertigo; Sensativity to light; Range of motion of jaw limited: Increased head pain.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1.) Mandate ADA Compliance training to all personell of Medford Police Department including Volounteers,
2.) Mandate ADA Compliance training to all of the City of Medford's department and agencies.
3.) Mandate ADA Compliance requirements be incorporated into the certification process of Oregon's Department of Public Safety Standards and Training as it pertains to the certification of all disciplines within their jurisdiction.
Actual monitary damages are undeterminable due the persistent symptoms the Plaintiff is experiencing. However, the Plaintiff humbly requests the assessment of punitive damages to the sum of Two Million Five Hundred Thousand Dollars, ($2,500,000.00 USD)

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/03/2025

Signature of Plaintiff: *Joyce Lynn Reime* (signed)
Printed Name of Plaintiff: Joyce Lynn Reime

### B.     For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

|  |  |  |  |
|---|---|---|---|
| Name of Law Firm | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |
| Telephone Number | | | |
| E-mail Address | | | |